JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUESONG CHEN,
Petitioner,
v.
WARDEN, DESERT VIEW FACILITY, et al.,
Respondents.

No. 5:26-cv-05704-BFM

**JUDGMENT**

On October 9, 2026, the Court issued an order granting the petition and ordered Petitioner Juesong Chen (A# 248-004-978) immediately released on reasonable conditions. (ECF 8 at 4.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 11.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 14, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE